# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STEVEN CONLEY,** ) | |
| c/o Malik Law ) | **CASE NO.:** |
| 8437 Mayfield Road, Suite #101 ) | |
| Chesterland, OH 45202 ) | |
| ) | **JUDGE:** |
| ) | |
| **Plaintiff,** ) | **PLAINTIFF'S NOTICE OF MANUAL** |
| ) | **FILING OF EXHIBIT 1 TO HIS** |
| v. ) | **COMPLAINT – VIDEO OF INCIDENT** |
| ) | |
| **LORAIN COUNTY, OHIO AND** ) | |
| **LORAIN COUNTY BOARD OF** ) | |
| **COMMISSIONERS, et al.,** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **Defendants.** | |

    Now comes Plaintiff, by and through undersigned counsel, and hereby gives Notice that he will manually filed Exhibit 1 attached to their Complaint. Filing Exhibit 1 with the Court's ECF System is not possible. Exhibit 1 consists of one video that shows the incident which is the subject matter of Plaintiff's civil lawsuit.

Respectfully submitted,

/s/ Sara Gedeon
Malik Law
David B. Malik (0023763)
Sara Gedeon (0085759)
8437 Mayfield Road Suite 101
Chesterland, Ohio 44026
(440) 729-8260
(440) 490-1177
dbm50@sbcglobal.net
sgedeon1021@gmail.com