

August 3, 2018

Lieutenant James Gordon
Lorain County Sheriff's Office
9896 Murray Ridge Road
Elyria, Ohio 44035

    RE: Steven Conley videos

Dear Lieutenant Gordon:

We appreciate your written response regarding the videos, and lack thereof, of Steven Conley while he was in the Lorain County Jail on 01/30/2018. We understand that there may be only one video of the incident. However, we take issue with the fact that whoever provided the video, chose to stop it when they did and therefore, did not provide us with a complete video. We are seeking the complete video of this incident. Clearly, the assault on our client continued on past the point at which the video was stopped. Please provide the entire video recording of this incident. If we do not receive the complete video, we will have no choice to but to pursue a claim against the Lorain County Sheriff's Office for spoliation of evidence. We look forward to your response.

Sincerely,

Sara Gedeon, Esq.

**Malik Law**

CIVIL RIGHTS FOR CIVIL WRONGS®
DavidMalikLaw.com

8437 Mayfield Road Suite 101
Chesterland, Ohio 44026

OFFICE 440.729.8260
FAX 440.490.1177