

August 16, 2018

Lorain County Jail
ATTN: RECORDS

Sent via fax to 440.329.3766

    RE:        Steven Conley
    DOB:     03/30/1999
    DOI:      12/22/2017 to 02/20/2018

Please consider this letter an official Ohio Public Records Act request, pursuant to Ohio Revised Code Sec. 149, et seq. Attached please also find a copy of an Authorization to Disclose you to also provide his medical records.

Pursuant to the Ohio Public Records Disclosure Act, I hereby request your office to provide each and every document relating to Steven Conley and his stay in the Lorain County Jail from 12/22/2017 to 02/20/2018, within seven (7) business days of receipt of this letter.

**In addition, we are deeply concerned that information regarding the case will be lost, altered or destroyed before it reaches the undersigned counsel. You have a duty under Ohio law to preserve these records.**

**There should be video of Mr. Conley being placed in the restraint chair. Our client was kept in the restraint chair for hours. Please immediately provide all video and documentation of Mr. Conley in the restraint chair including time documentations.**

**This is a follow-up to our three previous requests in addition to a letter sent to Lt. James Gordon attached hereto. Please provide immediately.**

## Malik Law

CIVIL RIGHTS FOR CIVIL WRONGS®
MalikLaw.com

8437 Mayfield Road Suite 101
Chesterland, Ohio 44026

OFFICE 440.729.8260
FAX 440.490.1177



Thank you for your assistance with this request. If you have any questions, please call me at the number below.

Sincerely,


Sara Gedeon, Esq.

**Malik Law**

CIVIL RIGHTS FOR CIVIL WRONGS®  
MalikLaw.com

8437 Mayfield Road Suite 101  
Chesterland, Ohio 44026

OFFICE 440.729.8260  
FAX 440.490.1177