

September 25, 2018

Lorain County Jail
ATTN: RECORDS

Sent via fax to 440.329.3766

      RE:        Steven Conley
      DOB:     03/30/1999
      DOI:      12/22/2017 to 02/20/2018

Please be advised that Mallik Law represents Steven Conley. On August 3, 2018, we sent the attached request requesting the entire video of the incident with Steven Conley. We have yet to receive the video responsive to this request. Additionally, on August 16, 2018, we sent an addition request. We have also not yet received the videos responsive to this request. Please provide the responsive videos immediately. If there is a charge, we are happy to pay it. Please advise.

Thank you for your assistance with this request. If you have any questions, please call me at the number below.

Sincerely,


Sara Gedeon, Esq.


# Malik Law

CIVIL RIGHTS FOR CIVIL WRONGS®       8437 Mayfield Road Suite 101      OFFICE 440.729.8260
MalikLaw.com      Chesterland, Ohio 44026      FAX 440.490.1177