

# LORAIN COUNTY SHERIFF'S OFFICE

**9896 Murray Ridge Road**
**Elyria, Ohio 44035**

**Phil R. Stammitti**
SHERIFF

(440) 329-3709
(440) 244-6263

**To: Malik Law Firm**

**From: Lt. James Gordon**

**Reference: Steven Conley**

**Date: 07/24/17**

**Reference: Video**

I have received your request in reference to a written explanation of the video submitted of an incident that occurred on 01/30/18 with Steven Conley.  Below are my findings:

Our video system is out of date and unexplainably skips at times

This was the only video of the incident.  There was no other video that directly viewed the officers applying restraints and a spit mask in the corridor area and then placing Conley into the restraint chair in Special Needs cell #1.

Per state jail regulations we are not permitted to have video recording devices viewing the inside of a jail cell due to privacy concerns for the inmates such as using the bathroom.

Lt. James Gordon